# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00077-CV

**In re DeJanee Holloway**

---

**ORIGINAL PROCEEDING FROM BELL COUNTY**

---

## M E M O R A N D U M   O P I N I O N

The amended emergency petition for writ of mandamus is denied and the motion for immediate temporary relief is dismissed as moot. *See* Tex. R. App. P. 52.8(a), (d).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Filed: February 27, 2026